IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| ROBERT SEGREST, )<br>)<br>    Plaintiff, )<br>) <br>    v. )<br>)<br>LEE COUNTY DETENTION )<br>CENTER, )<br>)<br>    Defendant. ) | CIVIL ACTION NO.<br>3:24cv85-MHT<br>(WO) |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 4) is adopted.

(2) This lawsuit is dismissed without prejudice for failure to follow a court order and failure to prosecute.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 28th day of June, 2024.

                                /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**